UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>    Plaintiff,<br><br>v.<br><br>BLACK ANGUS STEAKHOUSES, LLC,<br><br>    Defendant. | Case No. 5:17-cv-06329-EJD<br><br>**PRETRIAL ORDER (JURY)** |

      The above-entitled action is scheduled for a Trial Setting Conference on August 2, 2018. Based on the parties' Joint Trial Setting Conference Statement, the court has determined an appearance is unnecessary at this time. Accordingly, the Trial Setting Conference is VACATED and the parties are ordered to comply with the following schedule.

      IT IS HEREBY ORDERED that this action is REFERRED to Magistrate Judge Nathanael Cousins for a settlement conference to occur within 60 days of the date the court files a ruling on anticipated dispositive motions. The parties shall contact Judge Cousins' Courtroom Deputy to schedule the conference within five days of the date the court files a ruling on anticipated dispositive motions.

      IT IS FURTHER ORDERED that, at least at this time, the court declines Defendant's request to order Plaintiff "to provide her portions of all jointly filed documents to Defendant before filing and also that Defendant may electronically file completed joint documents." However, the court may make appropriate orders on this topic in advance of trial according to the circumstances. Moreover, the court observes that for Case Management Conferences like the one scheduled below, Civil Local Rule 16-9(a) permits the filing of separate statements when one party is self-represented.

1 IT IS FURTHER ORDERED that in light of (1) the undersigned's requirement for cross-motions for summary judgment, and (2) the parties' representations they each intend to file a dispositive motion, the parties shall present their motions in the following order:

    a.    Defendant shall file the initial motion;

    b.    Plaintiff shall file a combined Opposition/Cross-Motion according to § IV(C) of the Standing Order for Civil Cases;

    c.    Defendant shall file a combined Reply/Opposition according to § IV(C) of the Standing Order for Civil Cases;

    d.    Plaintiff shall file a Reply according to § IV(C) of the Standing Order for Civil Cases.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
| --- | --- |
| Further Case Management Conference | 10:00 a.m. on December 13, 2018 |
| Updated Separate Case Management Conference Statements | December 6, 2018 |
| Final Pretrial Conference | 11:00 a.m. on March 7, 2019 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | February 21, 2019 |
| Voir Dire Questions, Proposed Jury Instructions, Oppositions to Motions *in Limine* and Proposed Jury Verdict Forms | February 25, 2019 |
| Trial Exhibits | February 28, 2019 |
| Jury Selection | 9:00 a.m. on March 19, 2019 |
| Jury Trial[1] | March 19-20, 2019; March 22, 2019; March 26-27, 2019 |

---

[1] Jury trials will are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

2

Case No.: 5:17-cv-06329-EJD
PRETRIAL ORDER (JURY)

| Jury Deliberations | March 28-29, 2019 |
|---|---|

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: July 26, 2018

EDWARD J. DAVILA
United States District Judge

---

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

Case No.: 5:17-cv-06329-EJD
PRETRIAL ORDER (JURY)

3